**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
  Judge

October 19, 2010

### MEMORANDUM

TO:     Greg Langham, Clerk

FROM:   Judge Babcock     s/LTB

RE:     Criminal Action No. 10-cr-00528
        USA v. Mark Louis Ziemer

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp