IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-528-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**1. MARK LOUIS ZIEMER,**

   Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

 The Motion to Dismiss Indictment Without Prejudice (doc. #26) will be considered at the Status Conference set for March 25, 2011.

Dated:  March 23, 2011